1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  GREGG W. LOWDER  (CABN 107864)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7044

7      FAX: (415) 436-7234
       Gregg.Lowder@usdoj.gov

8
   Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )     No. CR 3-08-70524 BZ
                                     )
15        Plaintiff,                 )
                                     )     [PROPOSED] ORDER OF DETENTION
16     v.                            )     OF DEFENDANT ELISARA TAITO
                                     )
17  ELISARA TAITO, et. al.,          )
                                     )
18        Defendant.                 )
                                     )
19  _____)

20        The defendant Elisara Taito came before this Court on August 22, 2008 for detention

21  hearing.  The defendant was present and represented by Juliana Drous, Esq. Assistant United

22  States Attorney Gregg W. Lowder represented the United States.

23        The government requested detention, submitting that no condition or combination of

24  conditions would reasonably assure the appearance of the defendant as required and the safety of

25  the community.

26        Pretrial Services submitted a report recommending detention.

27        Upon consideration of the Pretrial Services report, the court file and the party proffers as

28  discussed below, the Court finds by a preponderance of evidence that no condition or

   Detention Order: Elisara Taito

1    combination of conditions of release could reasonably assure the appearance of the defendant as

2    required.  The Court also finds by clear and convincing evidence that no condition or

3    combination of conditions will reasonably assure the safety of any other person and the

4    community.  The Court orders the defendant detained.

5        The present order supplements the Court's findings at the detention hearing and serves as

6    a written findings of fact and statement of reasons as required by 18 U.S.C. § 3142(I).

7        The Bail Reform Act of 1984, 18 U.S.C. §§ 3141-50, sets forth the factors which the

8    Court must consider in determining whether pretrial detention is warranted.  In coming to its

9    decision, the Court has considered those factors, paraphrased below:

10       (1)  the nature and seriousness of the offense charged;

11       (2)  the weight of the evidence against the person;

12       (3)  the history and characteristics of the person including, among other considerations,

13       employment, past conduct and criminal history, and records of court appearances; and

14       (4)  the nature and seriousness of the danger to any person or the community that would

15       be posed by the person's release.

16   18 U.S.C. § 3142(g).

17       In considering all of the facts and proffers presented at the hearing, the Court finds the

18   following factors among the most compelling in reaching its conclusion that no combination of

19   conditions could  reasonably assure the defendant's future appearances and the community's

20   safety.  First, the defendant has demonstrated an escalating level of criminality over time.  In the

21   last four years, the defendant has been convicted of traffic offenses, later followed by a

22   conviction for misdemeanor grand theft, and later convicted of a felonious drug trafficking

23   offense.  Second, the prior convictions have each resulted in a sentence of probation.  The

24   defendant violated his probation in those convictions by committing further criminal acts.  His

25   conduct demonstrates that he is not amenable to supervision during release to the community.

26   Third, the Court finds the present offense to be violent, involving armed bank robbery, the

27   physical confrontation and threat of shooting a bank teller, and a relatively sophisticated plan for

28   taking over the bank and stealing from the bank's vault.  The Court finds the loaded firearm

Detention Order: Elisara Taito

1  discovered in the getaway car after the robbery demonstrates the ability and apparent intent to

2  carry out the physical violence threatened during the bank robbery.  These factors, among others

3  adduced at the hearing, clearly and convincingly demonstrate that if released the defendant would

4  be a danger to the community and unlikely to appear as required.

5         Accordingly, pursuant to 18 U.S.C. § 3142(I), IT IS ORDERED THAT:

6         (1) the defendant is committed to the custody of the Attorney General for confinement in

7         a corrections facility separate, to the extent practicable, from persons awaiting or serving

8         sentences or being held in custody pending appeal;

9         (2) the defendant be afforded reasonable opportunity for private consultation with his

10        counsel; and

11        (3) on order of a court of the United States or on request of an attorney for the

12        government, the person in charge of the corrections facility in which the defendant is

13        confined shall deliver the defendant to an authorized Deputy United States Marshal for

14        the purpose of any appearance in connection with a court proceeding.

15

16  Dated:   August 26, 2008

17

18  

19  JOSEPH C. SPERO
    United States Magistrate Judge

20

21

22

23

24

25

26

27

28

Detention Order: Elisara Taito